AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JESUS YANEZ-ZUNIGA,

    Petitioner,

JUDGMENT IN A CIVIL CASE

    V.

CASE NUMBER: CV315-001

STACEY N. STONE, Warden,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on April 1, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the the petition for 2241 is DISMISSED and this case stands CLOSED.

April 1, 2015          Scott L. Poff
Date                                Clerk

(By) Deputy Clerk

GAS Rev 10/1/03